UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **RONALD ANDERSON, et al.**, Plaintiffs, v. **HEIDI WASHINGTON, et al.**, Defendant. | 2:21-cv-10236 **ORDER DISMISSING MOTION (ECF NO. 9)** |

This matter is before the Court on Plaintiff George Hudgens' motion to be dismissed, i.e., to withdraw, from this prisoner civil rights action. Plaintiff Hudgens dated his motion on April 5, 2021. The case, however, was transferred to the United States District Court for the Western District of Michigan on February 26, 2021 (ECF No. 7) and opened there on March 1, 2021. Consequently, this Court no longer has jurisdiction over the matter and does not have the authority to rule on the motion. *See Miller v. Toyota Motor Corp.*, 554 F.3d 653, 654 (6th Cir. 2009); *see also Jackson v. Sloan*, 800 F.3d 260, 261 (6th Cir. 2015).

Accordingly, the Court dismisses the motion for lack of jurisdiction. This dismissal is without prejudice to the filing of a motion in the Western District. No further pleadings should be filed with this Court. This case is closed.

1

**SO ORDERED.**

Dated: April 30, 2021        s/Terrence G. Berg
                             TERRENCE G. BERG
                             UNITED STATES DISTRICT JUDGE